

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00667-CR

Raymond Sandoval **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 383282
Honorable Genie Wright, Judge Presiding

# O R D E R

 The court reporter, Paula Cloud, has filed a motion requesting a seven day extension of time to file the record. We **grant** the motion and order the reporter's record due **April 28, 2014**.

_____
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court